# IN THE SUPREME COURT OF THE STATE OF NEVADA

THE STATE OF NEVADA
DEPARTMENT OF HEALTH AND
HUMAN SERVICES, DIVISION OF
PUBLIC AND BEHAVIORAL HEALTH,
          Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
DOUGLAS SMITH, DISTRICT JUDGE,
          Respondents,
and
SAMANTHA INC., D/B/A SAMANTHA'S
REMEDIES, A DOMESTIC
CORPORATION,
          Real Parties in
          Interest.

No. 67423

FILED

JAN 2 2 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
   DEPUTY CLERK

## ORDER DENYING PETITION

This is an original petition for a writ of mandamus or prohibition challenging a district court order denying a motion to dismiss a petition for judicial review of the denial of an application to operate a medical marijuana dispensary. Having considered the petition, answer, reply, and oral argument, we conclude that this court's intervention by way of extraordinary relief is not warranted at this time. *See Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991)

(providing that it is within this court's discretion whether to consider a writ petition). Accordingly, we deny the petition.

It is so ORDERED.[1]

_____, C.J.
Parraguirre

_____, J.          _____, J.
Hardesty                                       Douglas

_____, J.          _____, J.
Cherry                                          Saitta

_____, J.          _____, J.
Gibbons                                        Pickering

cc:    Hon. Douglas Smith, District Judge
       Attorney General/Carson City
       Attorney General/Las Vegas
       Cooper Levenson, P.A.
       Eighth District Court Clerk

_____

[1]The motion for supplemental briefing filed on December 7, 2015, is denied as moot.